IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN ELLIE TONEY,           )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br> MONTGOMERY JOB CORPS,       )<br> et al.,                     )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>  2:03cv1233-MHT<br>       (WO) |

OPINION

Plaintiff filed this lawsuit asserting employment-discrimination claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 1981a, 2000e through 2000e-17. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's

objections should be overruled and the magistrate judge's recommendation adopted.

The court also adds these comments. For the same reason that plaintiff has failed to show, in support of a prima-facie case, that similarly situated women were treated differently from him, he has also failed to establish (even assuming that a prima-facie case could be shown) that the reasons given for his termination and the denial of changed positions were pretextual.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2006.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE