IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN ELLIE TONEY,              )
                               )
    Plaintiff,                 )
                               )
    5.                         )       CIVIL ACTION NO.
                               )        2:03cv1233-MHT
MONTGOMERY JOB CORPS,          )           (WO)
et al.,                        )
                               )
    Defendants.                )

JUDGMENT

In accordance with the memorandum opinion entered

this date, it is the ORDER, JUDGMENT, and DECREE of the

court as follows:

(1) Plaintiff's objections (Doc. No. 120) are

    overruled.

(2) The United States Magistrate Judge's

    recommendation (Doc. No. 119) is adopted.

(3) Defendants' motion for summary judgment (Doc.

    No. 100) is granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of March, 2006.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE