IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN ELLIE TONEY,            )
                             )
     Plaintiff,              )
                             )
     v.                      )     CIVIL ACTION NO.
                             )     2:03cv1233-MHT
MONTGOMERY JOB CORPS,        )          (WO)
et al.,                      )
                             )
     Defendants.             )

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on October 24, 2006, wherein the final judgment of this court made and entered herein on March 15, 2006 (Doc. no. 122), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on November 27, 2006, and received in the office of the clerk of this court on November 28, 2006 (Doc. no. 128), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on

March 15, 2006 (Doc. no. 122), is continued in full force
and effect.

DONE, this the 4th day of December, 2006.


　　　　　　　<u>　　/s/ Myron H. Thompson　　　</u>
　　　　　　　UNITED STATES DISTRICT JUDGE